# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| FRED DIMEO AND NANCY DIMEO | : | No. 150 EAL 2025 |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| PETER GROSS, D.O., G.S. PETER GROSS, D.O., P.C., PENNSYLVANIA HOSPITAL OF THE UNIVERSITY OF PA HEALTH SYSTEM, UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM, TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA | : | |
| PETITION OF: PETER GROSS, D.O. AND G.S. PETER GROSS, D.O., P.C. | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of December, 2025, the Petition for Allowance of Appeal is **DENIED**.

Justice Wecht files a concurring statement.